# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Eastern DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicole Moss aka Nicole Threadcraft, aka Nicole Threadcraft-Moss, aka Nicole Moss-Threadcraft, aka Nicole Holmes<br>Debtor | CHAPTER 13<br><br>BKY. NO. 16-18641 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

    Respectfully submitted,

**/s/Denise Carlon, Esquire**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734