IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 16-18641-ref |
| NICOLE MOSS, | Chapter 13 |
| Debtor, | Doc. No. |
| REGIONAL ACCEPTANCE CORPORATION, Movant | |
| v. | |
| NICOLE MOSS, LAVINCE HOLMES, and FREDERICK L. REIGLE, Ch. 13 Trustee, | |
| Respondents | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Regional Acceptance Corporation has filed a Motion for Relief from the Automatic Stay and Co-Debtor Stay with the Court to lift the automatic stay regarding the 2013 Chevrolet Cruze Sedan 4D LT 1.4L I4 Turbo Auto VIN 1G1PC5SB5D7315657.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **July 10, 2017**, you or your attorney must do all of the following:

(a)  file an answer explaining your position at:

Clerk, U.S. Bankruptcy Court
The Madison Building
400 Washington Street, Suite 301
Reading, PA 19601
(610) 208-5030

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)  mail a copy to the Movant's attorneys:

Peter J. Ashcroft, Esquire
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA  15219

2.  If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on **Thursday, July 27, 2017 at 9:30 A.M.** in Courtroom #1, The Madison Building, 400 Washington Street, Reading, PA 19601.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Peter J. Ashcroft
Peter J. Ashcroft, Esq.
PA I.D. #87317
pashcroft@bernsteinlaw.com
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Regional Acceptance
Corporation

Dated:  June 23, 2017