# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicole Moss, aka Nicole Threadcraft, aka Nicole Threadcraft-Moss, aka Nicole Moss-Threadcraft, aka Nicole Holmes<br>　　　　　Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC<br>　　　　　Movant<br>　　vs. | NO. 16-18641 REF |
| Nicole Moss, aka Nicole Threadcraft, aka Nicole Threadcraft-Moss, aka Nicole Moss-Threadcraft, aka Nicole Holmes<br>　　　　　Debtor<br>Lavince Holmes<br>　　　　　Co-Debtor<br>Marcus A. Holmes<br>　　　　　Co-Debtor<br>Frederick L. Reigle<br>　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

## **ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay and the Codebtor Stay is granted and the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay as provided under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 3595 Vista Drive, Macungie, PA 18062 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies.

**Date: August 1, 2017**

_____
United States Bankruptcy Judge