IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 16-18641-ref |
| NICOLE MOSS, | Chapter 13 |
| Debtor, | Related to Doc. No. 31 |
| REGIONAL ACCEPTANCE CORPORATION, Movant | |
| v. | |
| NICOLE MOSS, LAVINCE HOLMES, and FREDERICK L. REIGLE, Ch. 13 Trustee, | |
| Respondents | |

ORDER OF COURT

AND NOW, upon consideration of the Request to Extend Deadline to File Stipulation Resolving Motion for Relief from Automatic Stay and Co-Debtor Stay, it is hereby ORDERED that the deadline to file a stipulation is extended to September 5, 2017

BY THE COURT:

**Date: August 28, 2017**

_____
Hon. Richard E. Fehling
United States Bankruptcy Court Judge