IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NICOLE MOSS,<br><br>               Debtor,<br><br>REGIONAL ACCEPTANCE CORPORATION,<br>               Movant<br><br>    v.<br><br>NICOLE MOSS,<br>LAVINCE HOLMES, and<br>FREDERICK L. REIGLE, Ch. 13 Trustee,<br><br>               Respondents | Bankruptcy No. 16-18641-ref<br><br>Chapter 13<br><br>Related to Doc. No. 31 |

ORDER OF COURT

AND NOW, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay and Co-Debtor Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

**Date: September 8, 2017**

_____
Hon. Richard E. Fehling
Chief U.S. Bankruptcy Court Judge