United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nicole Moss  
    Debtor

Case No. 16-18641-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Sep 08, 2017  
                 Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.  
db          +Nicole Moss,    3595 Vista Drive,    Macungie, PA 18062-2136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 09 2017 02:36:20  
               Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,  
               P.O. Box 165028,    Irving, TX   75016,    UNITED STATES 75016-5028  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2017 02:36:33      Synchrony Bank,  
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:  
         ALLISON L. CARR    on behalf of Creditor    Regional Acceptance Corporation acarr@bernsteinlaw.com  
         DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
      ecf_frpa@trustee13.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance  
      jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
      ecf_frpa@trustee13.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
         PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation  
      pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,  
      bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         ZACHARY ZAWARSKI    on behalf of Debtor Nicole  Moss zzawarski@zawarskilaw.com  
                                                                                                                           TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NICOLE MOSS,<br><br>　　　　　Debtor,<br><br>REGIONAL ACCEPTANCE CORPORATION,<br>　　　　　Movant<br><br>　　v.<br><br>NICOLE MOSS,<br>LAVINCE HOLMES, and<br>FREDERICK L. REIGLE, Ch. 13 Trustee,<br><br>　　　　　Respondents | Bankruptcy No. 16-18641-ref<br><br>Chapter 13<br><br>Related to Doc. No. 31 |

ORDER OF COURT

AND NOW, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay and Co-Debtor Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

**Date: September 8, 2017**

_____
Hon. Richard E. Fehling
Chief U.S. Bankruptcy Court Judge