**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| NICOLE MOSS | : | Bankruptcy No.  16-18641-ref |
| Debtor | : | |

**CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING THE APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW, this 6th day of October, 2017, Zachary Zawarski, Esquire, Attorney for Debtor, in the above-captioned bankruptcy proceeding, certifies as follows:

1. On September 14, 2017, he filed an Application for Compensation and Reimbursement of Expenses, as Attorney for Debtor.

2. Notice was served on the U.S. Trustee and all parties in interest as previously certified on September 14, 2017.

3. To date, he has received no answer or objection to the Application for Compensation and Reimbursement of Expenses.

WHEREFORE, Zachary Zawarski, Esquire, Attorney for Debtor, requests this Honorable Court enter the Order which was attached to the Application.

Dated: 10/6/2017                    By:    */s/ Zachary Zawarski*
                                                    ZACHARY ZAWARSKI, ESQUIRE
                                                    3001 Easton Avenue
                                                    Bethlehem, PA 18017
                                                    Phone: (610) 417-6345
                                                    Fax: (610) 465-9790
                                                    zzawarski@zawarskilaw.com
                                                    Attorney ID No.: 308348
                                                    Attorney for Debtor