**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| NICOLE MOSS | : | Bankruptcy No.  16-18641-ref |
| Debtor | : | |

### ORDER APPROVING COMPENSATION
### TO COUNSEL FOR DEBTOR

Upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2016-2A, for compensation and reimbursement of expenses, and in the absence of objection, and good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by counsel for Debtor, Zachary Zawarski, Esquire, in the amount of THREE THOUSAND and xx/100 Dollars ($3,000.00), of which EIGHT HUNDRED NINETY and xx/100 Dollars ($890.00) has been paid and TWO THOUSAND ONE HUNDRED TEN and xx/100 Dollars ($2,110.00) is unpaid, and the expenses charged in the amount of FORTY-FIVE and 63/100 Dollars ($45.63), are hereby approved.

**Date: October 10, 2017**

BY THE COURT:

RICHARD E. FEHLING
BANKRUPTCY JUDGE