IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 16-18641-ref |
| NICOLE MOSS, | Chapter 13 |
| Debtor, | Related to Doc. No. 61 |
| REGIONAL ACCEPTANCE CORPORATION, Movant | |
| v. | |
| NICOLE MOSS, LAVINCE HOLMES, and FREDERICK L. REIGLE, Ch. 13 Trustee, | |
| Respondents | |

PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT OF STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY WITHOUT PREJUDICE

TO THE CLERK OF COURTS:

Kindly withdraw without prejudice the Certification of Default of Stipulation Resolving Motion for Relief from Stay and Co-Debtor Stay filed on behalf of Regional Acceptance Corporation on January 17, 2018 at Document No. 61.

By: /s/ Allison L. Carr
Allison L. Carr, Esq.
PA I.D. # 203815
acarr@bernsteinlaw.com
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8120
Fax - (412) 456-8135

*Counsel for Regional Acceptance Corporation*

Dated: April 4, 2018