IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NICOLE MOSS,<br><br>                  Debtor,<br><br>REGIONAL ACCEPTANCE<br>CORPORATION,<br>                  Movant<br><br>     v.<br><br>NICOLE MOSS,<br>LAVINCE HOLMES, and<br>WILLIAM C. MILLER, Ch. 13 Trustee,<br><br>                  Respondents | Bankruptcy No. 16-18641-ref<br><br>Chapter 13<br><br>Related to Document No. 48 |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2018, upon consideration of the foregoing Certification of Default of Stipulation Resolving Motion for Relief from the Automatic Stay and Co-Debtor Stay, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay and co-debtor stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Regional Acceptance Corporation in the 2013 Chevrolet Cruze Sedan 4D LT 1.4L I4 Turbo Auto VIN 1G1PC5SB5D7315657.

**Date: August 20, 2018**

_____
Hon. Richard E. Fehling
United States Bankruptcy Court Chief Judge