United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-18641-ref
Nicole Moss                                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                    Page 1 of 1              Date Rcvd: Aug 20, 2018
                              Form ID: pdf900              Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db             +Nicole Moss,    3595 Vista Drive,    Macungie, PA 18062-2136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 21 2018 02:26:40
                 Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,   Houston, TX  77210-4360
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 21 2018 02:27:05
                 Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX   75016,    UNITED STATES 75016-5028
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2018 02:37:35      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              ALLISON L. CARR    on behalf of Creditor    Regional Acceptance Corporation acarr@tuckerlaw.com,
               agilbert@tuckerlaw.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              KERI P EBECK    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
              ZACHARY  ZAWARSKI    on behalf of Debtor Nicole  Moss zzawarski@zawarskilaw.com
                                                                                              TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> NICOLE MOSS, <br><br>                     Debtor, <br><br> REGIONAL ACCEPTANCE CORPORATION, <br>                     Movant <br><br>    v. <br><br> NICOLE MOSS, <br> LAVINCE HOLMES, and <br> WILLIAM C. MILLER, Ch. 13 Trustee, <br><br>                     Respondents | Bankruptcy No. 16-18641-ref <br><br> Chapter 13 <br><br> Related to Document No. 48 |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2018, upon consideration of the foregoing Certification of Default of Stipulation Resolving Motion for Relief from the Automatic Stay and Co-Debtor Stay, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay and co-debtor stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Regional Acceptance Corporation in the 2013 Chevrolet Cruze Sedan 4D LT 1.4L I4 Turbo Auto VIN 1G1PC5SB5D7315657.

**Date: August 20, 2018**

_____
Hon. Richard E. Fehling
United States Bankruptcy Court Chief Judge