UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    :

NICOLE MOSS

                                              : Bankruptcy No. 16-18641REF
          Debtor(s)                : Chapter 13

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

BY THE COURT

_____
Ashely M. Chan
United States Bankruptcy Judge

**Date: August 22, 2019**

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ZACHARY ZAWARSKI ESQ
3001 EASTON AVENUE
BETHLEHEM PA 18017-

NICOLE MOSS
3595 VISTA DRIVE
MACUNGIE, PA 18062