United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18641-amc
Nicole Moss                                                               Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2              Date Rcvd: Aug 22, 2019
                              Form ID: pdf900        Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
```
db              +Nicole Moss,   3595 Vista Drive,   Macungie, PA 18062-2136
smg             +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg             +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg             +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13886489         CW Nexus Credit Card Holdings l, LLC,   Resurgent Capital Services,   PO Box 10368,
                  Greenville, SC 29603-0368
13840022        +First Commonwealth FCU,   257 Brodhead Rd.,   Bethlehem, PA 18017-8938
13840023        +First Premier Bank,   601 S. Minnesota Ave.,   Sioux Falls, SD 57104-4868
13840025        +KML Law Group, P.C.,   Suite 500, BNY Mellon Independence Cente,   701 Market Street,
                  Philadelphia, PA 19106-1538
13840026         Lehigh Valley Health Network,   P.O. Box 4067,   Allentown, PA 18105-4067
13843070        +Lower Macungie Township,   C/O Norris, McLaughlin, & Marcus, P.A.,
                  515 W. Hamilton Street, Ste. 502,   Allentown, PA 18101-1513
13840028       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,   350 Highland Dr.,   Lewisville, TX 75067)
13840030        +PP&L Electric Utilities,   2 North 9th Street CPC-GENN-1,   Allentown, PA 18101-1139
13919972        +PPL Electric Utilities, Customer Services,   827 Hausman Road,   Allentown, PA 18104-9392
13840032        +TD Bank USA/Target Credit,   P.O. Box 673,   Minneapolis, MN 55440-0673
13999662        +Zachary Zawarski, Esq.,   3001 Easton Avenue,   Bethlehem, PA 18017-4207
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2019 03:09:36
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 23 2019 03:09:58     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr               E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 23 2019 03:12:17
                  Capital One Auto Finance c/o AIS Portfolio Service,   P.O. BOX 4360,   Houston, TX  77210-4360
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 23 2019 03:12:17
                  Capital One Auto Finance, a division of Capital On,   c/o Ascension Capital Group,
                  P.O. Box 165028,   Irving, TX  75016,   UNITED STATES 75016-5028
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 03:12:44     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13840020         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 23 2019 03:12:16
                  Capital One Bank USA, NA,   15000 Capital One Dr.,   Richmond, VA 23238
13840019        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 23 2019 03:11:49
                  Capital One Auto Finance,   3901 Dallas Pkwy.,   Plano, TX 75093-7864
13849881        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 23 2019 03:13:01
                  Capital One Auto Finance c/o AIS,   Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
13839084        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 23 2019 03:12:47
                  Capital One Auto Finance, a division of Capital On,   P.O. Box 165028,   Irving, TX 75016-5028
13840021        +E-mail/PDF: creditonebknotifications@resurgent.com Aug 23 2019 03:11:52     Credit One Bank, NA,
                  P.O. Box 98875,   Las Vegas, NV 89193-8875
13840024         E-mail/Text: Check.bksupport@globalpay.com Aug 23 2019 03:09:18
                  Global Payments Check Services, Inc.,   10705 Red Run Blvd.,   Owings Mills, MD 21117-8584
13895884         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2019 03:11:59
                  LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                  Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13874654        +E-mail/Text: kgoff@lowermac.com Aug 23 2019 03:09:27     Lower Macungie Township,
                  3400 Brookside Road,   Macungie, PA 18062-1428
13840027        +E-mail/Text: bkr@cardworks.com Aug 23 2019 03:09:16     Merrick Bank,   P.O. Box 9201,
                  Old Bethpage, NY 11804-9001
13904884        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2019 03:09:47     Midland Funding LLC,
                  PO Box 2011,   Warren, MI 48090-2011
13924094         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2019 03:35:51
                  Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13869682        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2019 03:11:49
                  PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13926083        +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 23 2019 03:09:53     Premier Bankcard, Llc,
                  c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
13840031         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 23 2019 03:12:49     Regional Acceptance Co.,
                  621 W. Newport Pike,   Wilmington, DE 19804-3235
13867223         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 23 2019 03:12:49     Regional Acceptance Corporation,
                  PO Box 1847,   Wilson, NC 27894-1847
13892236        +E-mail/Text: bncmail@w-legal.com Aug 23 2019 03:09:51     TD BANK USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13840033         E-mail/Text: bkrcy@ugi.com Aug 23 2019 03:10:17     UGI Utilities, Inc.,   P.O. Box 13009,
                  Reading, PA 19612
13840034        +E-mail/Text: zzawarski@zawarskilaw.com Aug 23 2019 03:10:16     Zachary Zawarski, Esq.,
                  1441 Linden Street,   Bethlehem, PA 18018-2606
```

```
District/off: 0313-4          User: dlv                 Page 2 of 2                  Date Rcvd: Aug 22, 2019
                              Form ID: pdf900           Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                              TOTAL: 23

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13933929*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy Dept.,   P.O. Box 619096,
               Dallas, TX 75261-9741)
13840029     ##+Penn Credit,   916 S. 14th Street,   Harrisburg, PA 17104-3425
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:

```
          ALLISON L. CARR    on behalf of Creditor   Regional Acceptance Corporation acarr@tuckerlaw.com,
           agilbert@tuckerlaw.com
          DENISE ELIZABETH CARLON    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JASON BRETT SCHWARTZ    on behalf of Creditor   Capital One Auto Finance
           jschwartz@mesterschwartz.com
          KERI P EBECK    on behalf of Creditor   Regional Acceptance Corporation kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          PETER J. ASHCROFT    on behalf of Creditor   Regional Acceptance Corporation
           pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com,   ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          ZACHARY  ZAWARSKI    on behalf of Debtor Nicole  Moss zzawarski@zawarskilaw.com
                                                                                              TOTAL: 13
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :

NICOLE MOSS

                                            : Bankruptcy No. 16-18641REF
      Debtor(s)                          : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

       AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

       ORDERED, that any wage orders are hereby vacated.

BY THE COURT

_____
Ashely M. Chan
United States Bankruptcy Judge

**Date: August 22, 2019**

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ZACHARY ZAWARSKI ESQ
3001 EASTON AVENUE
BETHLEHEM PA 18017-

NICOLE MOSS
3595 VISTA DRIVE
MACUNGIE, PA 18062